STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507

Counsel for Defendant
CHRISTINA MARIO PALOMINOS

FILED
APR 10 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>CHRISTINA MARIA PALAMINOS,<br><br>DEFENDANT. | CR 13-00032 JSW<br>CR 16-00349 JSW<br><br>[PROPOSED] ORDER RELEASING DEFENDANT FROM CUSTODY |

Good cause appearing therefor, IT IS HEREBY ORDERED that the United States Marshal Service shall RELEASE defendant Christina Palominos from its custody forthwith. Ms. Palomino shall report directly to and reside in the GeoCare halfway house as directed by the probation officer.

IT IS SO ORDERED.

4/10/18
Date

KANDIS A. WESTMORE
United States Magistrate Judge

CR 13-00032, 16-00349 JSW
[Proposed] Release Order

1